UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATTAIN, LLC, | : |
|       Plaintiff, | : |
| v. | :    No. 5:17-cv-03499 |
| WORKDAY, INC., WORKDAY LIMITED, and ROBERT STEELE, | : |
|       Defendants. | : |

# **O R D E R**

**AND NOW**, this 4th day of June, 2018, upon consideration of Defendants' Motion to Transfer Venue, ECF No. 13, and for the reasons set forth in the accompanying Opinion issued this date, it is ORDERED that:

1. Defendants' Motion to Transfer Venue, ECF No. 13, is **GRANTED**;

2. This action shall be **TRANSFERRED** to the United States District Court for the Northern District of California.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge