UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTAIN, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WORKDAY, INC., et al.,<br><br>　　　　Defendants. | Case No. 18-cv-04095-JSC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 14 & 38 |

　　　　The Court having received Plaintiff's notice of withdrawal of opposition to Defendants' motion to dismiss asking the Court to grant Defendants' motion and dismiss the lawsuit without prejudice, (Dkt. No. 38), ordered Defendants to file their response to Plaintiff's Notice, if any, by September 25, 2018, (Dkt. No. 39). Defendants have not done so; thus, the Court dismisses the action without prejudice.

　　　　The Clerk is directed to close the file.

　　　　**IT IS SO ORDERED.**

Dated: October 3, 2018

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge